UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK AUSTIN,

Plaintiff,

-v-

ROSINGTON CORP., *et al.*,

Defendant.

25-CV-7526 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendants were served on October 20, 2025.  (ECF No. 12; ECF No. 13.)  However, no appearance has been entered on Defendants' behalf, and no response to the complaint has been filed in the allotted time.  Plaintiff has not moved for a default judgment.

Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

If Plaintiff fails by February 27, 2026, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

Plaintiff is directed to serve a copy of this order by mail on Defendants.

SO ORDERED.

Dated: February 6, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge